1
Matthew McNease
2
Acting Legal Officer
NATIONAL PARK SERVICE
3
Legal Office
P.O. Box 517
4
Yosemite, California  95389                    `
Telephone:  (209) 372-0241
5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,          DOCKET NO. 6:14-mj-00068-MJS

12              Plaintiff,

13         v.                           **WITHDRAW OF STATEMENT OF
                                        ALLEGED PROBATION VIOLATION(S)
14   NICHOLAS ESEQUIEL GONZALES,        AND ORDER TO VACATE REVIEW
                                        HEARING**
15              Defendant.

16
                                        Court: U.S. District Court – Yosemite
17                                       Judge: Honorable Michael J. Seng

18

19         Defendant, Nicholas Esequiel GONZALES, was arrested June 18, 2014 in

20   Yosemite National Park and charged with operating a motor vehicle while under the

21   influence of alcohol to the degree that endangers oneself or others, operating a motor

22   vehicle while under the influence of alcohol with a BAC of 0.08 grams/210 Liters or

23   higher, carrying or storing a an open receptacle containing an alcoholic beverage, and

24   failing to wear a seatbelt, violations of Title 36 Code of Federal Regulations. GONZALES

25   plead guilty to the charge of operating a motor vehicle while under the influence of

26   alcohol with a BAC of 0.08 grams/210 Liters or higher and the charge of carrying or

27   storing a an open receptacle containing an alcoholic beverage and was sentenced to

28   pay a $1,500 fine at a rate of $100 per month, complete a DMV First Time Offenders

1

1  course, and serve 12 months of unsupervised probation. The Government filed a

2  Statement of Alleged Probation Violation(s) on July 7, 2015, alleging that GONZALES

3  had failed to pay his fine and failed to complete the required DMV course. A Review

4  Hearing was scheduled for August 18, 2015, at 10:00 AM. The Government has

5  subsequently been provided proof of payment of the fine in full and completion of the

6  DMV course. The Government withdraws its request for a Probation Violation in this

7  matter and requests the currently scheduled Review Hearing be vacated.

8

9  Dated: August 17, 2015                    By: /s/ Matthew McNease

10                                                 Matthew McNease
                                                   Acting Legal Officer
11                                                 Yosemite National Park, CA

12

13

14                                    **ORDER**

15

16        The Statement of Alleged Probation Violation(s) in DOCKET NO. 6:14-mj-

17  00068-MJS having been retracted and withdrawn by the Legal Office, the Review

18  Hearing scheduled for August 18, 2015 at 10:00 AM is vacated.

19

20  IT IS SO ORDERED.

21

22        Dated:   August 17, 2015            /s/ Michael J. Seng

23                                            UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28

2